NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,**
*Petitioner.*

---

Miscellaneous Docket No. 974

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-3595, Judge Saundra Brown Armstrong.

---

## ON PETITION

---

## ORDER

The Board of Regents of the University of Texas System submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to withdraw its January 12, 2011 order granting transfer to the United States District Court for the Eastern District of Texas and grant the Board of Regents' motion to dismiss the case for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

Hitachi Global Storage Technologies, Inc. and Western Digital Technologies, Inc. are directed to respond no later than February 18, 2011.

FOR THE COURT

FEB 0 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael W. Shore, Esq.
Scott D. Baskin, Esq.
Clerk, United States District Court For The Northern District Of California

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2011

JAN HORBALY
CLERK